170 A.3d 936

PPG INDUSTRIES, INC., NARULA REAL ESTATE ASSOCIATES, LLC, AND ALFRED SMITH, PLAINTIFFS–RESPONDENTS, v. J. GOLDENBERG INC., DEFENDANT–PETITIONER, AND STATE OF NEW JERSEY AND THE CENTRAL RAILROAD COMPANY N/K/A CONSOLIDATED RAIL CORPORATION, DEFENDANTS.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000077–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.